IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| *In re Afaf Kanazeh* | Civil No. 1:16-cv-1501 <br><br> Hon. Liam O'Grady |

### ORDER

This matter comes before the Court on a Report and Recommendation from Magistrate Judge Buchannan. The Report and Recommendation (Dkt. No. 2), dated December 2, 2016, found that Petitioner Afaf Kanazeh has not met the requirements for pre-filing authorization that were previously imposed on her by this Court. Ms. Kanazeh objected to the Report and Recommendations on January 1, 2017 (Dkt. No. 4), and filed a supplemental objection on February 8, 2017. After reviewing the filings in this case, and finding good cause to do so, the Court hereby **APPROVES AND ADOPTS** the Report and Recommendation (Dkt. No. 2) in full. Afaf Kanazeh petition to file suit is therefore **DENIED**.

It is **SO ORDERED**.

February 13, 2017
Alexandria, Virginia

Liam O'Grady
United States District Judge